PRECAST RESTORATION SERVICES, LLC, Appellant, v GLOBAL PRECAST, INC., Respondent, et al., Defendants.

Submitted March 21, 2016; decided May 5, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

RW HOLDINGS, LLC, Appellant, v JOHANNA MAYER et al., Respondents.

Submitted February 29, 2016; decided May 5, 2016

Motion for leave to appeal dismissed upon the ground that the January 2016 judgment sought to be appealed from does not finally determine the action within the meaning of the Constitution.

OSQUGAMA F. SWEZEY et al., Appellants, v MERRILL LYNCH, PIERCE FENNER & SMITH INC., Respondent, and PHILIPPINE NATIONAL BANK et al., Intervenors-Respondents, et al., Respondent.

Submitted April 4, 2016; decided May 5, 2016

Motion for a writ of King's Bench etc. dismissed upon the ground that it does not lie (see NY Const, art VI, § 3; CPLR 5519 [c]).

In the Matter of JOEL R. BRANDES, a Disbarred Attorney.

Submitted May 2, 2016; decided May 10, 2016

Motion to preclude the Grievance Committee of the Tenth Judicial District from appearing as a respondent on the appeal herein denied; motion for a preference denied.

Judges RIVERA and STEIN taking no part.